# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Gregory J Zapfe<br>Sandra L Zapfe<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case no. 16-33656<br><br>Chapter 13<br><br>Judge: A. Benjamin Goldgar |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Gregory J Zapfe
Sandra L Zapfe
3423 Howard St
Park City, IL 60085

Semrad Law Firm Llc
20 S Clark St 28Th Fl
Chicago, IL 60603

Lake County Treasurer
18 N County St., Room 102
Waukegan, IL 60085

Please take notice that on Friday, June 25, 2021 at 9:15 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the Trustee's objection to claim # 8 of Lake County Treasurer, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https//www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the passcode is **623389.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, May 19, 2021.

Glenn Stearns,
Chapter 13 Trustee
801 Warrenville Road,
Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

/s/ Scott Burknap
For: Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Gregory J Zapfe | ) | Case no. 16-33656 |
| Sandra L Zapfe | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge: A. Benjamin Goldgar |
| | ) | |

**OBJECTION TO CLAIM # 8**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests an order reducing the amount of claim # 8, and in suppor thereof, states the following:

1. On October 21, 2016 the Debtors filed a petition under Chapter 13.
2. A claim was filed for the debt owed to LAKE COUNTY TREASURER on January 31, 2017 (# 8 on PACER) in the amount of $901.50.
3. LAKE COUNTY TREASURER notified the Trustee on 2/4/2021 that the claim is paid in full.

WHEREFORE, the Trustee prays that said claim of LAKE COUNTY TREASURER be reduced to the amount paid to date, and for such other relief as this court deems proper.

Respectfully Submitted;

/s/ Glenn Stearns
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888